COURT OF APPEALS OF VIRGINIA

Present: Judges Petty, Chafin and Senior Judge Annunziata

CHARLES O. WILLIS

MEMORANDUM OPINION*
v.     Record No. 1005-13-1                    PER CURIAM
                                               OCTOBER 8, 2013

COLEMAN CONSTRUCTION CORPORATION AND
 NORTH RIVER INSURANCE COMPANY

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Charles O. Willis, *pro se*, on brief). Appellant submitting on brief.

(Audrey Marcello; Taylor Walker, P.C., on brief), for appellees.
Appellees submitting on brief.

Charles O. Willis appeals a decision of the Workers' Compensation Commission finding

that his claim is barred by *res judicata*. We have reviewed the record and the commission's

opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated

by the commission in its final opinion. See Willis v. Coleman Constr. Corp., VWC File No. JCN

1423546 (May 1, 2013).

Affirmed.

---

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.

UNPUBLISHED